UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 AUG -6 PM 4: 26

GREGORY C. LANGHAM
CLERK

THOMAS ROBERTS,
Plaintiff

COMPLAINT

BY _____ DEP. CLK

v.
DEUTSCHE BANK AG
PHILIP GORDON
ARA BALIKIAN

12 - CV - 02065

## JURISDICTION AND VENUE

Federal diversity jurisdiction exists pursuant to 28 USC Sec. 1332 because the plaintiff and defendants are residents of different states and the value of the matter in controversy exceeds $75,000. Venue is proper pursuant to 28 USC Sec. 1391 because a substantial part of the events on which this claim is based occurred in Denver, Colorado.

Plaintiff is a citizen of Florida, Defendants Balikan and Gordon are citizens of Massachusetts, and Deutsche Bank AG is an international corporation with a principal place of business in New York, and a registered agent in Denver.

Plaintiff's address:
Thomas Roberts
P.O. Box 62147
Fort Myers, FL 33906

Philip Gordon, Esq.
Gordon Law Group
585 Boylston Street
Boston, MA

Ara Balikan
Balikan Law
922 Waltham Street, Ste 509
Lexington, MA

Deutsche Bank AG
60 Wall Street
New York, NY 10005

Registered agent:
The Corporation Company
1675 Broadway, Ste 1200

Denver, CO 80202

## SUMMARY

The plaintiff purchased a condominium unit for $243,000. and was not informed of nor had any opportunity to discover that there was a mortgage on the property for $178,125.00. He paid the seller, Abu Tarek, $243,000. in cash and the property was then foreclosed. The plaintiff lost all of his money as a result. Deutsche Bank AG, and the seller's attorneys, Balikan and Gordon, had the obligation to disclose the existence of the mortgage. Failure to do so constitutes fraud – the intentional misrepresentation of a material fact resulting in a financial loss to the other party.

Wherefore, plaintiff requests actual damages of $243,000. and punitive damages in the amount of two million.

*A jury trial is demanded.*

Respectfully Submitted

*[signature]*

Thomas Roberts
P.O. Box 62147
Fort Myers, FL 33906
239-770-6769