**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02065-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

THOMAS ROBERTS,

     Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON, and
ARA BALIKIAN,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a complaint titled "Jurisdiction and Venue."  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the

submitted document is deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __X__    is not submitted
(2)    ____    is not on proper form (must use the court's current form)
(3)    ____    is missing original signature by plaintiff/petitioner/applicant
(4)    ____    is missing affidavit
(5)    ____    affidavit is incomplete
(6)    ____    affidavit is not notarized or is not properly notarized
(7)    ____    names in caption do not match names in caption of complaint, petition or
                      application
(8)    ____    other:  § 1915 motion unnecessary if $350.00 filing fee is
                      paid

**Complaint or Petition**:

(9)  \_\_  is not submitted
(10)  X  is not on proper form (must use the court's current form)
(11)  \_\_  is missing an original signature by the plaintiff/petitioner/applicant
(12)  \_\_  is incomplete
(13)  \_\_  uses et al. instead of listing all parties in caption
(14)  \_\_  names in caption do not match names in text
(15)  \_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  \_\_  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 8, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge