IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02065
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 AUG 13  AM 11: 49

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Thomas Roberts, Plaintiff,

v.

Deutsche Bank AG,

Philip Gordon,

Ara Balikian,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff **Thomas Roberts** is a citizen of **Florida** who presently resides at the following address:
**P.O. Box 62147, Fort Myers, Florida 33906**

2. Defendant **Deutsche Bank AG** is a citizen of **New York** who live(s) at or is/are located at the following address:
**60 Wall Street, New York, NY 10005**

3. Defendant **Philip Gordon** is a citizen of **Massachusetts** who live(s) at or is/are located at the following address:
**585 Boylston St, Boston, MA**

(Attach a separate page, if necessary, to list additional parties.)
**Ana Balikan, Massachusetts, 922 Waltham St # 509, Lexington, MA.**

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
**28 USC Sec. 1332, 28 USC Sec. 1391**

5. Briefly state the background of your case:

The plaintiff purchased a condominium unit for $243,000. and was not informed of nor had any opportunity to discover that there was a mortgage on the property for $178,125.00  He paid the seller, Abu Tarek, $243,000. in cash and the property was then foreclosed. The plaintiff lost his money as a result. Deutsche Bank AG, and the seller's attorneys; Balikan and Gordon, had the obligation to disclose the existence of the mortgage. Failure to do so constitutes fraud — the intentional misrepresentation of a material fact resulting in a financial loss to the other party.

(Rev. 07/06)  2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. Fraud. Intentional misrepresentation of a material fact causing a financial loss.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

$243,000 compensatory damages.

2 million punitive damages.

Date: 8-13-12

_____
(Plaintiff's Original Signature)

PO Box 62147
(Street Address)

Fort Myers Florida 33906
(City, State, ZIP)

239-770-4040
(Telephone Number)

(Rev. 07/06)                              6