IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12CV2065 BNB

Thomas Roberts,
Plaintiff(s),

v.

Deutsche Bank AG,
Defendant(s).

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 AUG 13 AM 11:49

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

---

**MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do __X__ do not ____ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: _____

(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

**MARITAL STATUS AND DEPENDENTS**
Single ____ Married ____ Separated __X__ Divorced ____
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name  J.R.                  Age  3      Relationship  Son
Name  _____         Age  ___    Relationship  _____
Name  _____         Age  ___    Relationship  _____
Name  _____         Age  ___    Relationship  _____

**RESIDENCE**
Street Address: 1498 Primrose Drive
City: Fort Myers              State: Florida
Zip Code: 33906               Telephone: 239-770-4040

(Rev. 07/06)

**EDUCATION**
What is the highest level of formal education you have received:
B. S.
I can speak, read, write, and understand the English language: Yes X  No ____

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: not employed
Address of employer: ____
Telephone number of employer: ____
How long have you been employed by present employer: ____
Income: Monthly $ ____   Weekly $ ____

If <u>self-employed</u>, state your net income: Monthly $ ____   Weekly $ ____
What is the nature of your self-employment? ____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since: ____
Name of last employer: ____
Address of last employer: ____
Telephone number of last employer: ____
Salary or hourly wage received from last employer:
$ ____

If <u>spouse</u> is employed, complete the following:
Name of employer: ____
How long has spouse been employed by present employer: ____
Income: Monthly $ ____   Weekly $ ____

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: ____
Monthly benefits: $ ____   Weekly benefits: $ ____

**REAL AND PERSONAL PROPERTY**
<u>Real property</u>:
Do you own real property? Yes ____ No X
If yes, describe: ____
Address: ____
Name(s) on title: ____
Estimated value: $ ____   Amount owed: $ ____
Annual income from real property: $ ____

(Rev. 07/06)

Personal property:
Automobile: Make: 2005    Model: Chevy Aveo   Year: _____
Name(s) on registration: Thomas Roberts
Estimated value: $ ~~_____~~ 1500    Amount owed: $ 0.

Cash on hand:
Total amount of cash in banks and savings and loan associations: $ 0

Names and addresses of banks and associations: _____

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): _____

| **FINANCIAL OBLIGATIONS**: | **MONTHLY PAYMENT**: |
|---|---|
| Rent on house or apartment: | $ 500 |
| Mortgage on house: | $ |
| Gas bill: | $ 60 |
| Electric bill: | $ 75 |
| Telephone bill: | $ 100 |
| Food: | $ 400 |
| Clothing: | $ |
| Automobile loan: | $ |
| Automobile insurance: | $ |
| Other insurance: | $ |
| Payments to retail merchants: | $ |
| Total owed: _____ | |
| Payments on any other outstanding loans or debts: | $ |
| Total owed: _____ | |
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: _____ | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: | $ |
| Other Payments: | |
| Describe: _____ | $ |
| Describe: _____ | $ |
| Describe: _____ | $ |
| Describe: _____ | $ |
| Total monthly payments: | $ 1125 |

(Rev. 07/06)

**ATTEMPTS TO LOCATE COUNSEL**

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: Kolko & Associates
Street Address: 303 E 17th Ave # 595
City: Denver  State: CO
Zip Code: 80201  Telephone: 303-371-1823

Attorney: Fuicelli & Lee PC
Street Address: 1120 Lincoln St # 1105
City: Denver  State: CO
Zip Code: 80203  Telephone: 3-355-7202

Attorney: Anderson Hemmot & [Working]
Street Address: 4500 Cherry Creek South Dr 600
City: Denver  State: CO
Zip Code: 80202  Telephone: 3-839-5000

Attorney: ___
Street Address: ___
City: ___  State: ___
Zip Code: ___  Telephone: ___

Attorney: ___
Street Address: ___
City: ___  State: ___
Zip Code: ___  Telephone: ___

Date: 8-13-12

(Plaintiff's Original Signature)

Subscribed and sworn to before me this 13th day of August, 20 12

(Notary Public)

4580 W. 71st Ave

(Address)

My commission expires: 1-28-2013

(Rev. 07/06)