IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02065
(To be supplied by the court)

Thomas Roberts , Plaintiff,

v.

Deutsche Bank AG ,

Philip Gordon ,

Ara Balikian ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

Second Amended COMPLAINT

## PARTIES

1. Plaintiff **Thomas Roberts** is a citizen of **Florida**
   who presently resides at the following address:
   **P.O. Box 62147, Fort Myers, FL 33906**

2. Defendant **Deutsche Bank AG** is a citizen of **New York**
   who live(s) at or is/are located at the following address:
   **60 Wall Street, New York, NY 10005**

3. Defendant **Phillip Gordon** is a citizen of **Massachusetts**
   who live(s) at or is/are located at the following address:
   **585 Boylston St, Boston, MA**

   (Attach a separate page, if necessary, to list additional parties.)

   **Ara Balikan, Massachusetts, 922 Waltham St #509, Lexington, MA**

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **28 USC §1332   28 USC §1391**

5. Briefly state the background of your case:

   The plaintiff purchased a condominium for $243,000. and was not informed of nor had any opportunity to discover that there was a mortgage on the property for $178,125.00. He paid the seller, Abo Tarek, $243,000. in cash and the property was then foreclosed. The plaintiff lost his money as a result. Deutsche Bank AG, and the sellers attorneys, Balikan and Gordon, had the obligation to disclose the existence of the mortgage. Failure to do so constitutes Fraud - the intentional misrepresentation of a material fact resulting in a financial loss to the other party. All of the events, payment, negotiation, where the contract was signed, etc. took place in Broomfield, CO. Deutsche Bank had the obligation to record the mortgage to give the plaintiff notice, and they failed to do so. Ara Balikan and Phillip Gordon knew of the mortgage, and concealed it because they shared in the sales price.

(Rev. 07/06)                                    2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. Fraud.

Intentional misrepresentation of a material fact causing a financial loss.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

$243,000 compensatory damages.
$2 million punitive damages for fraud.

Date: 8-13-12

(Plaintiff's Original Signature)

PO Box 62447
(Street Address)

Fort Myers, Florida 33906
(City, State, ZIP)

239-770-4040.
(Telephone Number)

(Rev. 07/06)

6