IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

      Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN,

      Defendants.

---

CERTIFICATE OF SERVICE

---

      I hereby certify that I have mailed a copy of the Certificate of Service to the above-named individuals, and the following forms to the United States Marshal for service of process on DEUTSCHE BANK AG., PHILIP GORDON, and ARA BALIKIAN,: SECOND AMENDED COMPLAINT FILED 08/23/2012, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 6, 2012.

Thomas Roberts
P.O. Box 62147
Ft. Myers, FL 33906


US Marshal Service
Service Clerk
Service forms: DEUTSCHE BANK AG., PHILIP GORDON, and ARA BALIKIAN,

                                   /s   S. PHILLIPS
                                           Deputy Clerk