U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by The U.S. Marshal"
on the reverse of this form.

FILED
DISTRICT COURT
COLORADO

2012 OCT -9  PM 3: 46

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

| PLAINTIFF<br>Thomas Roberts | COURT CASE NUMBER<br>12-cv-02065-WJM-KLM  #3 |
|---|---|
| DEFENDANT<br>Ara Balikian., et al | TYPE OF PROCESS<br>S/C |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Ara Balikian |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code)<br>922 Waltham St., #509, Lexington, MA 02421 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Thomas Roberts<br>P.O. Box 62147<br>Ft. Myers, FL 33906 | Number of process to be<br>served with this Form - 285 : 3 |
| | Number of parties to be<br>served in this case : 3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal Service

RECEIVED
2012 OCT 4  P 3
DISTRICT OF MASSACHUSETT

| Signature of Attorney or other Originator requesting service on behalf of:/s/ S.PHILLIPS<br>Deputy Clerk | __X__ PLAINTIFF<br><br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>09/062012 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Pam Edarten | Date 9/24/12 nt<br>9-10-12 |
|---|---|---|---|---|---|

I hereby certify and return that I __✓__ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>2 Oct 12 | Time<br>1040 | am pm |
| | Signature of U.S. Marshal or Deputy<br>DUSM | | |

| Service Fee<br>55 | Total Mileage Charges (including endeavors)<br>13.20 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
- 1DUSM, 1Hr @ $55/hr, R/T mileage $13.20

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|