**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2012

JEFFREY P. COLWELL
CLERK

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| --- | --- |
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| Thomas Roberts | 12-cv-02065-WJM-KLM #2 |
| DEFENDANT | TYPE OF PROCESS |
| Philip Gordon., et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Philip Gordon

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
585 Boylston St., Boston, MA 02116

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas Roberts
P.O. Box 62147
Ft. Myers, FL 33906

| Number of process to be served with this Form - 285 | 2 |
| --- | --- |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:/s/ S.PHILLIPS Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 09/06/2012 |
| --- | --- | --- | --- |

DISTRICT OF MASSACHUSETTS RECEIVED 2012 SEP 24 PM 3:41

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 13 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Pam Elanton | Date 9/24/12 nct 9-10-12 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☒ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Kristen Hurley - Associate | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| --- | --- |
| Address (complete only if different than shown above) | Date of Service: 11 Oct 12 | Time: 1125 pm |

Signature of U.S. Marshal or Deputy
DUSM

| Service Fee 55 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| --- | --- | --- | --- | --- | --- | --- |

REMARKS:
-1 DUSM, 1 Hr @ $55/hr

PRIOR EDITIONS MAY BE USED      1. CLERK OF THE COURT      FORM USM-285 (Rev. 12/15/80)