**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. : 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN

    Defendants.

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO**
**D.C.Colo.LCivR 6.1**

Defendant Deutsche Bank National Trust Company, as trustee for the Argent Mortgage Loan Trust 2003-W7 ("Deutsche Bank"), incorrectly named herein as "Deutsche Bank AG," by and through its attorneys, Bloom Murr Accomazzo & Siler, PC, respectfully submits its motion as follows:

D.C.Colo.L.CivR 7.1 Conferral: undersigned counsel for Deutsche Bank hereby certifies that he has attempted to confer with Thomas Roberts ("Plaintiff"), appearing pro se, by telephone at the phone number listed in the complaint, (293) 770-4040. The telephone number was disconnected or otherwise not in operation, and therefore undersigned counsel was unable to determine Plaintiff's position with regard to the relief requested herein.

1. On September 10, 2012 Plaintiff filed its Second Amended Complaint alleging one claim for relief – Fraud.

2. Deutsche Bank was personally served with a Summons and Complaint on October 4, 2012.

3. Deutsche Bank's answer or other responsive pleading to the Second Amended Complaint is due Thursday, October 25, 2012.

4. The undersigned counsel for Deutsche Bank received the Complaint on October 23, 2012 and needs additional time to review the allegations and prepare a response. Among other reasons, it appears there may be related litigation in other courts, that Deutsche Bank was named herein in an incorrect capacity, and that Deutsche Bank may not be a correct party in this case.

5. Deutsche Bank has not previously requested an extension of time in this case.

6. D.C.Colo.LCivR 6.1(C) provides that a party may request an extension by filing a motion with the Court. As such, Deutsche Bank hereby requests, a twenty (20) day extension of time for Deutsche Bank to answer or otherwise respond to the complaint, up to and including Monday, November 13, 2012.

7. No Party will be prejudiced by the requested extension.

8. Pursuant to D.C.Colo.LCivR 6.1 (E), and as noted on the attached Certificate of Service, undersigned counsel for Deutsche Bank hereby certifies that this notice has been served simultaneously on Plaintiff.

Dated this 24th day of October, 2012.

*Original signature on file at the offices of*
BLOOM MURR ACCOMAZZO & SILER, PC

*s/ Jamie G. Siler*
Jamie G. Siler, #31284
Aaryn R. Richardson, #40476
410 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277
*Attorneys for Defendant Deutsche Bank National Trust Company and or Deutsche Bank Trust Company Americas.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of October, 2012, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO D.C.Colo.LCivR 6.1 was filed and served via Lexis/Nexis to the following:

Plaintiff:
Thomas Roberts
P.O. Box 62147
Fort Myers, FL 33906

Defendant:
Philip Gordon, Esq.
Gordon Law Group, LLP
585 Boylston Street
Boston, MA 02116

Defendant:
Ara J. Balikian, Esq.
Balikian Law
922 Waltham Street, Suite 209
Lexington, MA 02421

                                        *s/ Rebecca M. Whitaker*
                                        Rebecca M. Whitaker, Legal Assistant