**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. :  12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN

    Defendants.

---

**ORDER GRANTING DEFENDANT DEUTSCHE BANK AG'S MOTION FOR
EXTENSION OF TIME TO FILE ANSWER**

---

THIS MATTER comes before the Court on the Motion for Extension to File Answer Pursuant to D.C.Colo.LCivR 6.1 (the "Motion")  filed by Defendant Deutsche Bank AG. The Court, being fully advised, hereby:

GRANTS the Motion and ORDERS that Deutsche Bank AG shall have up to and including November 13, 2012 within which to answer or otherwise response to Plaintiff's Second Amended Complaint.

Dated this 24rd day of October 2012.

                        BY THE COURT:

                        _____

                        U.S. Magistrate Judge