IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON and
ARA BALIKIAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Deutsche Bank National Trust Company's[1] **Motion for Extension of Time to File Answer Pursuant to D.C.Colo.LCivR 6.1** [Docket No. 19; Filed October 24, 2012] (the "Motion"). Defendant seeks a twenty-day extension until November 13, 2012 to answer or otherwise respond to the Second Amended Complaint [#7]. Regarding conferral, Defendant explains that he has attempted to confer with Plaintiff by telephone but the phone number provided by Plaintiff was disconnected or otherwise not in operation. Defendant was therefore unable to determine Plaintiff's position with regard to the Motion. The Court finds that in light of the fact that other defendants have not yet appeared, the requested extension will not result in any prejudice. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Defendant Deutsche Bank National Trust Company shall answer or otherwise respond to the Second Amended Complaint [#7] on or before **November 13, 2012**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 6, 2012 at 11:00 a.m. is **vacated** and **RESET** to **December 3, 2012 at 2:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout

---

[1] Defendant Deutsche Bank National Trust Company represents that it has been incorrectly named in this action as "Deutsche Bank AG."

Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **November 28, 2012**.  All other provisions of the Order Setting Scheduling/Planning Conference issued September 6, 2012 [#11] remain in effect.

Dated:  October 25, 2012