## SETTLEMENT, MUTUAL RELEASE AND CONFIDENTIALITY AGREEMENT

In exchange for ONE THOUSAND DOLLARS ($1,000.00), of which $500.00 is paid by Ara J. Balikian, Esq. and $500.00 is paid by Philip Gordon, Esq., Thomas Roberts, Jr., on behalf of himself, his successors, heirs, administrators and assigns, and each past or present agent or representative (hereinafter the "RELEASOR"), hereby remises, releases and forever discharges Ara J. Balikian, Esq. and Philip Gordon, Esq., and each and every one of their respective successors, heirs, administrators and assigns, and each past or present agent or representative, and Gordon & Balikian, LLP, Balikian Law and Gordon Law Group LLP and each and every one of their respective partners, employees, consultants, insurers, agents, representatives, attorneys and affiliates (hereinafter "RELEASEES") of and from any and all claims, demands, causes of actions, obligations, liabilities, and damages of any kind, name, nature, description, known and unknown, which have or which could have been alleged, either at law or in equity, which RELEASOR has ever had, from the beginning of the world up to the date of signing this Settlement, Mutual Release and Confidentiality Agreement, including without limitation, (1) all claims arising out of Thomas Roberts, Jr.'s purchase of real estate located at 10 Jamaica Way, Unit 11, Jamaica Plain, MA ("the real estate") on or about February 24, 2004; (2) all claims arising out of Deutsche Bank National Trust Co.'s foreclosure sale on the real estate on or about March 13, 2008; and (3) all claims which were asserted or could have been asserted by Thomas Roberts, Jr. against either or both, Ara J. Balikian, Esq., and Philip Gordon, Esq., in the matter captioned *Thomas Roberts v. Abu Tarek, Philip Gordon, Esq., and Ara Balikian, Esq.*, Suffolk Superior Court Civil Action No. 09-04562.

Ara J. Balikian, Esq. and Philip Gordon, Esq., and each and every one of their respective successors, heirs, administrators and assigns, and each past or present agent or representative, and Gordon & Balikian, LLP, Balikian Law and Gordon Law Group LLP and each and every one of their respective partners, employees, consultants, insurers, agents, representatives,

attorneys and affiliates hereby remise, release and forever discharge Thomas Roberts, Jr. and

each and every one of his successors, heirs, administrators and assigns, and each past or present

agent or representative of and from any and all claims, demands, causes of actions, obligations,

liabilities, and damages of any kind, name, nature, description, known and unknown, which

could have been alleged, either at law or in equity, which Ara J. Balikian, Esq. and Philip

Gordon, Esq., have ever had, from the beginning of the world up to the date of signing this

Settlement, Mutual Release and Confidentiality Agreement, including (1) all claims arising out

of Thomas Roberts, Jr.'s purchase of real estate located at 10 Jamaica Way, Unit 11, Jamaica

Plain, MA ("the real estate") on or about February 24, 2004; (2) all claims arising out of

Deutsche Bank National Trust Co.'s foreclosure sale on the real estate on or about March 13,

2008; and (3) all claims which were asserted or could have been asserted by Thomas Roberts, Jr.

against Ara J. Balikian, Esq., and Philip Gordon, Esq., in the matter captioned *Thomas Roberts v.*

*Abu Tarek, Philip Gordon, Esq., and Ara Balikian, Esq.*, Suffolk Superior Court Civil Action

No. 09-04562.

Simultaneously with the execution of this Mutual Release, Settlement Agreement and

Confidentiality Agreement, Thomas Roberts, Jr. shall deliver to counsel for Ara J. Balikian, an

executed Notice of Dismissal With Prejudice, without costs or attorneys' fees and waiving all

rights of appeal pursuant to Mass. R. Civ. P. Rule 41(a)(1), to be held in escrow by counsel for

Ara J. Balikian, to be released from escrow and filed with the Court by counsel for Ara J.

Balikian, simultaneously with the delivery by counsel for Ara J. Balikian, of the $1,000 (One

Thousand Dollars) settlement payment to Thomas Roberts, Jr.

The RELEASOR agrees that payment of the sum referred to above is solely in settlement

of a highly disputed claim, which the RELEASEES deny and should not be construed in any way

as an admission of liability or an admission that any of the facts asserted by RELEASOR are

true, or that the claim or any portion thereof asserted by RELEASOR is well founded; said sum is provided solely in settlement to avoid the expense of further litigation.

The RELEASOR agrees that he shall treat as confidential the negotiation, resolution and settlement of *Thomas Roberts v. Abu Tarek, Philip Gordon, Esq., and Ara Balikian, Esq.*, Suffolk Superior Court Civil Action No. 09-04562, including this Settlement, Mutual Release and Confidentiality Agreement, and shall not publish, disclose or reveal such matters to any third party; provided that, if RELEASOR is compelled to disclose this Settlement, Mutual Release and Confidentiality Agreement, he shall obtain the written consent of Balikian and/or Gordon, except that if RELEASOR is compelled to disclose this Settlement, Mutual Release and Confidentiality Agreement by Court order or in connection with any state or federal reporting requirements, he shall notify Gordon and/or Balikian in writing at least fifteen days prior to such disclosure; provided further, that in the event RELEASOR is asked directly about *Thomas Roberts v. Abu Tarek, Philip Gordon, Esq., and Ara Balikian, Esq.*, Suffolk Superior Court Civil Action No. 09-04562, he may respond solely that, "The matter has been dismissed."

RELEASOR represents and warrants that he has filed no other complaints, claims, demands or actions with any court, administrative body, board of registration or agency, at any time, against any RELEASEE, other than *Thomas Roberts v. Abu Tarek, Philip Gordon, Esq., and Ara Balikian, Esq.*, Suffolk Superior Court Civil Action No. 09-04562. RELEASOR represents and acknowledges that he was never a client of any RELEASEE, as such term is understood in the Massachusetts Rules of Professional Conduct.

This Release contains the entire agreement between and among the RELEASOR and RELEASEES and its terms are contractual and not merely a recital. It is expressly understood and agreed that there has been no promise or representation except as expressly provided herein.

The RELEASOR and RELEASEES expressly understand and agree that this is a full and final release of all claims against each other.

The RELEASOR and RELEASEES intend that the invalidity or unenforceability of any provision of this Release and Settlement Agreement shall not affect or render invalid or unenforceable any other provision.

The RELEASOR and RELEASEES represent and warrant that they are represented by counsel, and have had the full opportunity to seek the advice of their own counsel prior to signing this Settlement, Mutual Release and Confidentiality Agreement, and that they have been encouraged to do so.

Executed as an instrument under seal this ___ day of April 2012.

_____
Thomas Roberts, Jr.


_____
Ara J. Balikian, Esq.


_____
Philip Gordon, Esq.

The RELEASOR and RELEASEES intend that the invalidity or unenforceability of any provision of this Release and Settlement Agreement shall not affect or render invalid or unenforceable any other provision.

The RELEASOR and RELEASEES represent and warrant that they are represented by counsel, and have had the full opportunity to seek the advice of their own counsel prior to signing this Settlement, Mutual Release and Confidentiality Agreement, and that they have been encouraged to do so.

Executed as an instrument under seal this ___ day of April 2012.

 

 

_____

Thomas Roberts, Jr.

_____

Ara J. Balikian, Esq.

 

 

_____

Philip Gordon, Esq.