# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## Roberts v Tarek et al

Details for Docket: SUCV2009-04562

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | SUCV2009-04562 | Caption: | Roberts v Tarek et al |
| Filing Date: | 10/26/2009 | Case Status: | Needs discovery |
| Status Date: | 03/12/2010 | Session: | Civil C, 3 Pemberton Sq, Boston |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 07/15/2012 |
| Service Date: | 01/24/2010 | Disposition: | 08/17/2011 |
| Rule 15: | 03/25/2010 | Rule 12/19/20: | 03/25/2010 |
| Final PTC: | 01/15/2013 | Rule 56: | 09/15/2012 |
| Answer Date: | 02/23/2010 | Jury Trial: | NO |

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | SUCV2009-04562 | Caption: | Roberts v Tarek et al |
| Filing Date: | 10/26/2009 | Case Status: | Needs discovery |
| Status Date: | 03/12/2010 | Session: | Civil C, 3 Pemberton Sq, Boston |
| Lead Case: | NA | Case Type: | Sale/lease real estate |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 07/15/2012 |
| Service Date: | 01/24/2010 | Disposition: | 08/17/2011 |
| Rule 15: | 03/25/2010 | Rule 12/19/20: | 03/25/2010 |
| Final PTC: | 01/15/2013 | Rule 56: | 09/15/2012 |
| Answer Date: | 02/23/2010 | Jury Trial: | NO |

## Parties Involved

5 Parties Involved in Docket: SUCV2009-04562

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Balikian, Esq. (as amended) | First Name: | Ara |
| Address: | | Address: | |

| | | | |
|---|---|---|---|
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Deutsche Bank National Trust Co | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Gordon, Esq (as amended) | **First Name:** | Phillip |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tarek | **First Name:** | Abu |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Roberts | **First Name:** | Thomas |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

10 Attorneys Involved for Docket: SUCV2009-04562

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | Fabella | **First Name:** | Justin M. |
| **Address:** | 28 State Street | **Address:** | 24th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-213-7001 | **Representing:** | Deutsche Bank National Trust Co, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | PEAB01 |
| **Last Name:** | Kenney | **First Name:** | Katherine L |
| **Address:** | Federal Reserve Plaza | **Address:** | 600 Atlantic Ave |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-951-2100 | **Tel Ext:** | |
| **Fascimile:** | 617-951-2125 | **Representing:** | Balikian, Esq. (as amended), Ara (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MCEL03 |
| **Last Name:** | Russman | **First Name:** | David P |
| **Address:** | One Financial Center | **Address:** | 15th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02111 | **Zip Ext:** | |
| **Telephone:** | 617-748-5500 | **Tel Ext:** | |
| **Fascimile:** | 617-748-5555 | **Representing:** | Roberts, Thomas (Plaintiff) |
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | Carver | **First Name:** | Bradford R |
| **Address:** | 28 State Street | **Address:** | 24th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-213-7001 | **Representing:** | Deutsche Bank National Trust Co, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | McKelvey | **First Name:** | Maura K |
| **Address:** | 28 State Street | **Address:** | 24th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-213-7001 | **Representing:** | Deutsche Bank National Trust Co, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Seligson | **First Name:** | Damon M |
| **Address:** | DiNicola Seligson & Upton LLP | **Address:** | 185 Devonshire Street, Suite 902 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-279-2592 | **Tel Ext:** | |
| **Fascimile:** | 617-426-0587 | **Representing:** | Gordon, Esq (as amended), Phillip (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Posner | **First Name:** | Bernard D |
| **Address:** | Law Office of Bernard D Posner | **Address:** | 47 Sedgwick Street, 2nd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02130 | **Zip Ext:** | |
| **Telephone:** | 617-942-0757 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Deutsche Bank National Trust Co, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | PEAB01 |
| **Last Name:** | Weiner | **First Name:** | Harvey |
| **Address:** | Federal Reserve Plaza | **Address:** | 600 Atlantic Avenue |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02210 | **Zip Ext:** | 2261 |
| **Telephone:** | 617-951-2100 | **Tel Ext:** | |
| **Fascimile:** | 617-951-2125 | **Representing:** | Balikian, Esq. (as amended), Ara (Defendant) |
| **Attorney** | | **Firm Name:** | |

| | | | | |
|---|---|---|---|---|
| **Involved:** | | | | |
| **Last Name:** | Briansky | **First Name:** | Daniel | |
| **Address:** | 50 Congress Street | **Address:** | Suite 225 | |
| **City:** | Boston | **State:** | MA | |
| **Zip Code:** | 02109 | **Zip Ext:** | | |
| **Telephone:** | 617-742-4331 | **Tel Ext:** | | |
| **Fascimile:** | 617-367-8840 | **Representing:** | Tarek, Abu (Defendant) | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Seligson | **First Name:** | Damon M |
| **Address:** | DiNicola Seligson & Upton LLP | **Address:** | 185 Devonshire Street, Suite 902 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-279-2592 | **Tel Ext:** | |
| **Fascimile:** | 617-426-0587 | **Representing:** | Gordon, Esq (as amended), Phillip (Defendant) |

## Calendar Events

5 Calendar Events for Docket: SUCV2009-04562

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 02/18/2011 | 14:00 | Conf: final pre-trial | C | Event rescheduled by court prior to date |
| 2 | 08/31/2011 | 14:00 | Motion/Hearing: Rule12 to Dismiss | C | Event not held-req of Defendant |
| 3 | 10/20/2011 | 14:00 | Motion/Hearing: Rule12 to Dismiss | C | Event rescheduled by court prior to date |
| 4 | 11/28/2011 | 14:00 | Motion/Hearing: Rule12 to Dismiss | C | |
| 5 | 02/01/2012 | 14:00 | Motion/Hearing: Rule12 to Dismiss | C | Event rescheduled by court prior to date |

## Full Docket Entries

97 Docket Entries for Docket: SUCV2009-04562

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 10/26/2009 | 1 | Complaint |
| 10/26/2009 | 2 | Civil action cover sheet filed ($500,00.00) |

| Date | # | Entry |
|---|---|---|
| 10/27/2009 | | Origin 1, Type A08, Track F. |
| 10/27/2009 | 3 | Plaintiff Thomas Roberts's MOTION to enjoin foreclosure sale |
| 11/02/2009 | | Motion (P#3) No action will be taken on this motion until service of |
| 11/02/2009 | | process is made and returned Plff can then move for a hearing |
| 11/02/2009 | | (Lauriat,J) Notice sent 10/30/09 (entered 10/30/09) |
| 11/25/2009 | 4 | Affidavit of compliance with long-arm statute with proof of service |
| 11/25/2009 | 4 | on out of state defendant Deutsche Bank National Trust Co (cetified |
| 11/25/2009 | 4 | mail on 11/24/09) |
| 02/03/2010 | 5 | ANSWER: Deutsche Bank National Trust Co(Defendant) & jury demand (all |
| 02/03/2010 | 5 | issues) |
| 02/17/2010 | 6 | ORDER OF DISMISSAL re: Abu Tarek (w/o prejudice; service not complete |
| 02/17/2010 | 6 | by 1-88 deadline). Copies mailed. |
| 02/17/2010 | | Case status changed to 'Needs review for answers' at service deadline |
| 02/17/2010 | | review |
| 03/12/2010 | | Case status changed to 'Needs discovery' at answer deadline review |
| 03/15/2010 | 7 | Plaintiff Thomas Roberts' MOTION to Vacate Order of dismissal and |
| 03/15/2010 | 7 | extend the deadline to serve the Defenadnt Abu Tarek (w/o opp) |
| 03/23/2010 | | Motion (P#7) ALLOWED as no opposition was timely filed. Plaintiff |
| 03/23/2010 | | shall have until 6/30/10 to serve the defenant Abu Tarek (John C. |
| 03/23/2010 | | Cratsley, Justice) Notices mailed 3/22/2010 |
| 04/27/2010 | 8 | Defendant Deutsche Bank National Trust Co's & plff's joint MOTION to |
| 04/27/2010 | 8 | Dismiss (MRCP 12b) Complaint of Thomas Roberts |
| 04/30/2010 | | Motion (P#8) 4/28/10 Allowed. This action is dismissed against |
| 04/30/2010 | | Deutsche Bank only. (Peter M. Lauriat, Justice). Notices mailed |
| 04/30/2010 | | 4/29/2010 |
| 06/21/2010 | 9 | SERVICE RETURNED: Abu Tarek(Defendant) by leaving at the last and |
| 06/21/2010 | 9 | usual place of abode at Apt 19 402 Rindge Avenue Cambridge, MA |
| 12/29/2010 | 10 | Amended complaint of Thomas Roberts & Jury demand (all issues) |
| 02/01/2011 | 11 | SERVICE RETURNED (amended complaint): Defendant Abu Tarek by leaving |
| 02/01/2011 | 11 | at the last and usual place of abode on 1/5/11 |
| 02/01/2011 | 12 | SERVICE RETURNED (amended complaint): Defendant Phillip Gordon, Esq |
| 02/01/2011 | 12 | (as amended)(Defendant) by delivering in hand to Chrissy Thomas Adm |
| 02/01/2011 | 12 | Asst on 1/10/11 |
| 02/01/2011 | 13 | SERVICE RETURNED (amended complaint): Ara Balikian, Esq. (as |
| 02/01/2011 | 13 | amended)(Defendant) by delivering in hand to Ara Balikian, Esq. o |
| 02/01/2011 | 13 | 1/5/11 |
| 02/08/2011 | 14 | Plff's assented to motion to continue pre trial conference |
| 02/23/2011 | 15 | ANSWER: Abu Tarek(Defendant) with CrossClaims |
| 03/04/2011 | 16 | Stipulation to extend time for Phillip Gordon, Esq (as amended), Ara |
| 03/04/2011 | 16 | Balikian, Esq. (as amended) to file an answer/responsive pleading to |
| 03/04/2011 | 16 | the complaint to and including 3/7/2011 |
| 03/10/2011 | | Defendant Ara Balikian, Esq. (as amended)'s Notice of intent to file |
| 03/10/2011 | | motion to dismiss |

| Date | # | Description |
|---|---|---|
| 03/10/2011 | | motion to dismiss |
| 03/31/2011 | 17 | Defendant Phillip Gordon, Esq (as amended)'s MOTION to Dismiss (MRCP |
| 03/31/2011 | 17 | 12b) amended Complaint of Thomas Roberts (w/opposition) |
| 04/06/2011 | 18 | Defendant Ara Balikian, Esq. (as amended)'s MOTION to Dismiss (MRCP |
| 04/06/2011 | 18 | 12b) amended Complaint of Thomas Roberts (w/opposition) |
| 04/13/2011 | 19 | Request of deft Ara Balikian for leave to file a reply bried Allowed |
| 04/13/2011 | 19 | Reply bried limited to 5 pages ( (Sanders,J( Notice sent 4/12/11 |
| 05/09/2011 | 20 | Defendants Ara Balikian's Reply to Plaintiffs Oppositon to Defendant |
| 05/09/2011 | 20 | Balikian's Motion to Dismiss |
| 08/08/2011 | 21 | Deft Philip Gordon's assented to request for continuance of hearing |
| 08/08/2011 | 21 | on motion to dismiss plff's amended complaint & Allowed (Gaziano,J) |
| 08/08/2011 | 21 | Notice sent 8/8/11 |
| 08/16/2011 | 22 | Defendant Philip Gordon's Assented to Request for Continuance of |
| 08/16/2011 | 22 | Hearing on Motion to Dismiss Plaintiffs Amended Complaint-ALLOWED, as |
| 08/16/2011 | 22 | the computer shows the new hearing date is 10/20/11 (John C Cratsley, |
| 08/16/2011 | 22 | Justice) notice sent 8/15/11 |
| 08/26/2011 | 23 | Plaintiff Thomas Roberts's Assented to MOTION to continue October 20, |
| 08/26/2011 | 23 | 2011 Hearing |
| 09/02/2011 | | Motion (P#23) ALLOWED. The plaintiff shall contact the session clerk |
| 09/02/2011 | | to reschedule (Frank M. Gaziano, Justice). Notices mailed 9/1/2011 |
| 10/24/2011 | 24 | Plaintiff's Motiion to Dismiss Abu Tarek only without prejudice w/ |
| 10/24/2011 | 24 | opposition |
| 10/25/2011 | 25 | Opposition to plaintiff's Motion to Dismiss deft.Abu Tarek only |
| 10/25/2011 | 25 | without prejudice filed by Ara Balikian, Esq. (as amended) |
| 12/08/2011 | | Motion (P#24) DENIED, alloweance of this motion could affect the |
| 12/08/2011 | | interests of the other defs who indicated that they would seek to |
| 12/08/2011 | | leave the automatic stay lifted if their motions to dismiss were |
| 12/08/2011 | | dened. (Mitchell H. Kaplan, Justice) Dated 12/5/11 Notices mailed |
| 12/08/2011 | | 12/6/2011 |
| 12/08/2011 | | Motion (P#18) DENIED, see written Order issued this day. (Mitchell H. |
| 12/08/2011 | | Kaplan, Justice) Dated 12/5/11 Notices mailed 12/6/2011 |
| 12/08/2011 | 26 | ORDER ON DEFENDANTS GORDON'S AND BALIKIAN'S MOTION TO DISMISS AMENDED |
| 12/08/2011 | 26 | COMPLAINT: ORDER - Defendants' motions to dismiss are therefore |
| 12/08/2011 | 26 | DENIED. (Mitchell H. Kaplan, Justice) Dated December 5, 2011 Notice |
| 12/08/2011 | 26 | sent 12/6/11 (See P#26 for complete order) |
| 12/13/2011 | 27 | Joint MOTION to extend the tracking order deadlines |
| 12/16/2011 | | Motion (P#27) ALLOWED, tracking order to be extended as requested. |
| 12/16/2011 | | (Mitchell H. Kaplan, Justice) Dated 12/15/11 Notices mailed 12/16/2011 |
| 01/09/2012 | 28 | ANSWER (amended complaint): Ara Balikian, Esq. |
| 01/13/2012 | 29 | ANSWER: Phillip Gordon, Esq (as amended) to plff's Amended Complaint |
| 01/13/2012 | 29 | & Jury demand (all issues) |
| 03/30/2012 | 30 | JOINT Motion of parties to extend the tracking order deadlines |
| 04/06/2012 | | Motion (P#30) ALLOWED (Edward P. Leibensperger, Justice) Dated 4/4/12 |

| Date | | Entry |
|---|---|---|
| 04/06/2012 | | Motion (P#30) ALLOWED (Edward P. Leibensperger, Justice) Dated 4/4/12 |
| 04/06/2012 | | Notices mailed 4/5/2012 |
| 07/19/2012 | 31 | Defendants Phillip Gordon, Esq (as amended) & Ara Balikian, Esq. (as |
| 07/19/2012 | 31 | amended)'s MOTION for Separate & Final Judgment (MRCP 54B) (w/o |
| 07/19/2012 | 31 | opposition) |
| 07/25/2012 | | Motion (P#31) ALLOWED there being no just reason for delay Notices |
| 07/25/2012 | | mailed 7/26/2012 |
| 07/27/2012 | 32 | FINAL JUDGMENT ( PURSUANT TO MASS R CIV P 54(b) That the complaint of |
| 07/27/2012 | 32 | plff is hereby Dismissed against the defts Philip Gordon Esq and Ara |
| 07/27/2012 | 32 | Balikian Esq with costs entered on docket pursuant to Mass R Civ P |
| 07/27/2012 | 32 | 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) |