**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. :  12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN

    Defendants.

**SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO D.C.Colo.LCivR 6.1**

    Defendant Deutsche Bank National Trust Company, as trustee for the Argent Mortgage Loan Trust 2003-W7 ("Deutsche Bank"), incorrectly named herein as "Deutsche Bank AG," by and through its attorneys, Bloom Murr Accomazzo & Siler, PC, respectfully submits its motion as follows:

    D.C.Colo.L.CivR 7.1 Conferral: undersigned counsel for Deutsche Bank hereby certifies that he has attempted to confer with Thomas Roberts ("Plaintiff"), appearing pro se, by telephone at the phone number listed in the complaint, (293) 770-4040.  The telephone number was disconnected or otherwise not in operation, and therefore undersigned counsel was unable to determine Plaintiff's position with regard to the relief requested herein.

1. On October 24, 2012, Deutsche Bank filed its Motion for Extension of Time to File Answer Pursuant to D.C.Colo.L.CivR 6.1(C) which was granted by the Court in a Minute Order on October 25, 2012.

2. The Court ordered Deutsche Bank to file an Answer or other responsive pleading by November 13, 2012.

3. Deutsche Bank was served with a Complaint in this case that was so vague it has made it very difficult to determine the precise property that is the subject of the action and whether or not Deutsche Bank either owned or serviced the loan that is alleged to be at issue.

4. Deutsche Bank has been working diligently with other potential owners of the loan in question as well as loan servicers to gather information sufficient to file an Answer or other responsive pleading.

5. Deutsche Bank has not been able to discuss the matter with Plaintiff since his telephone number appears to have been disconnected.

6. As of November 9, 2012 counsel has been informed by Deutsche Bank that it anticipates having the needed information to file an answer or other responsive pleading sometime in the coming weeks, which will clearly arrive beyond the November 13, 2012 deadline.

7. D.C.Colo.LCivR 6.1(C) provides that a party may request an extension by filing a motion with the Court. As such, Deutsche Bank hereby requests, a twenty (20) day extension of time for Deutsche Bank to answer or otherwise respond to the complaint, up to and including Monday, December 3, 2012.

8. No Party will be prejudiced by the requested extension.

9.      Pursuant to D.C.Colo.LCivR 6.1 (E), and as noted on the attached Certificate of Service, undersigned counsel for Deutsche Bank hereby certifies that this notice has been served simultaneously on Plaintiff.

Dated this 9th day of November, 2012.

*Original signature on file at the offices of*
BLOOM MURR ACCOMAZZO & SILER, PC

*s/ Jamie G. Siler*
Jamie G. Siler, #31284
Aaryn R. Richardson, #40476
410 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277
*Attorneys for Defendant Deutsche Bank National Trust Company and or Deutsche Bank Trust Company Americas.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2012, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO D.C.Colo.LCivR 6.1 was filed and served via Lexis/Nexis to the following:

Plaintiff:
Thomas Roberts
P.O. Box 62147
Fort Myers, FL 33906

Defendant:
Philip Gordon, Esq.
Gordon Law Group, LLP
585 Boylston Street
Boston, MA 02116

Defendant:
Ara J. Balikian, Esq.
Balikian Law
922 Waltham Street, Suite 209
Lexington, MA 02421

*s/ Rebecca M. Whitaker*
Rebecca M. Whitaker, Legal Assistant