IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON and
ARA BALIKIAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Deutsche Bank National Trust Company's[1] **Second Motion for Extension of Time to File Answer Pursuant to D.C.Colo.LCivR 6.1** [Docket No. 24; Filed November 9, 2012] (the "Motion"). Defendant seeks a twenty-day extension until December 3, 2012 to answer or otherwise respond to the Second Amended Complaint [#7]. Regarding conferral, Defendant's counsel explains that he has attempted to confer with Plaintiff by telephone but the phone number provided was disconnected or is otherwise not in operation. The Court notes, however, that the phone number for Plaintiff listed on the docket, and the one that counsel for Defendant states he used to contact Plaintiff, is slightly different from the one in Plaintiff's Second Amended Complaint and appears to be a mistake.[2] Thus, Defendant attempted to confer by using a different phone number than what Plaintiff provided. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#24] is **DENIED WITHOUT PREJUDICE**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall change the phone number for Plaintiff listed on the docket to reflect the number provided by Plaintiff in the Second Amended Complaint [#7].

    Dated: November 13, 2012

---

    [1] Defendant Deutsche Bank National Trust Company represents that it has been incorrectly named in this action as "Deutsche Bank AG."

    [2] The phone number in the Complaint, Amended Complaint and Second Amended Complaint is 239-770-4040 while the number on the docket is 293-770-4040.