**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. :  12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN

    Defendants.

**AMENDED UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO D.C.Colo.LCivR 6.1**

Defendant Deutsche Bank National Trust Company, as trustee for the Argent Mortgage Loan Trust 2003-W7 ("Deutsche Bank"), incorrectly named herein as "Deutsche Bank AG," by and through its attorneys, Bloom Murr Accomazzo & Siler, PC, respectfully submits its Amended Second Motion for Extension of Time to File Answer, as follows:

D.C.Colo.L.CivR 7.1 Conferral: undersigned counsel for Deutsche Bank hereby certifies that he has conferred with Thomas Roberts ("Plaintiff"), appearing pro se, by telephone at the phone number listed in the *original* Complaint, (293) 770-6769.  Plaintiff indicated that he did not oppose the requested extension.

When counsel first attempted to contact the Plaintiff using the telephone number listed on the Second Amended Complaint, (293) 770-4040, it was disconnected or otherwise not in operation.

D.C.Colo. L.CivR 6.1(E): Undersigned counsel for Deutsche Bank hereby certifies that he has conferred with his client and that a copy of this Motion for Extension of Time to File Answer will be served on Deutsche Bank.

1. On October 24, 2012, Deutsche Bank filed its Motion for Extension of Time to File Answer Pursuant to D.C.Colo.L.CivR 6.1(C) which was granted by the Court in a Minute Order on October 25, 2012.

2. The Court ordered Deutsche Bank to file an Answer or other responsive pleading by November 13, 2012.

3. Deutsche Bank was served with a Complaint in this case that is so vague, that it has made it very difficult to determine the precise property that is the subject of the action, and whether or not Deutsche Bank has either owned or serviced the loan that is alleged to be at issue.

4. Deutsche Bank has been working diligently with other potential owners of the loan(s) in question, as well as the potential loan servicers, to gather information sufficient to file an Answer or other responsive pleading.

5. Deutsche Bank has not been able to discuss this case, beyond conferring on this motion, with Plaintiff based upon the aforementioned issues with the Plaintiff's telephone numbers.

6. As of November 9, 2012 counsel has been informed by Deutsche Bank that it is still researching and hopes to have the needed information to file an answer or other responsive pleading sometime in the coming weeks.

7. D.C.Colo.LCivR 6.1(C) provides that a party may request an extension by filing a motion with the Court. As such, Deutsche Bank hereby requests, a twenty (20) day extension of time for Deutsche Bank to answer or otherwise respond to the complaint, up to and including Monday, December 3, 2012.

8. No Party will be prejudiced by the requested extension.

9. Pursuant to D.C.Colo.LCivR 6.1 (E), and as noted on the attached Certificate of Service, undersigned counsel for Deutsche Bank hereby certifies that this notice has been served simultaneously on Plaintiff.

Dated this 13th day of November, 2012.

*Original signature on file at the offices of*
BLOOM MURR ACCOMAZZO & SILER, PC

*s/Jamie G. Siler*
Jamie G. Siler, #31284
Aaryn R. Richardson, #40476
410 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 534-2277
*Attorneys for Defendant Deutsche Bank National Trust Company and or Deutsche Bank Trust Company Americas.*

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of November, 2012, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE ANSWER PURSUANT TO D.C.Colo.LCivR 6.1 was filed and served electronically to the following:

Plaintiff:
Thomas Roberts
P.O. Box 62147
Fort Myers, FL 33906

Defendant:
Philip Gordon, Esq.
Gordon Law Group, LLP
585 Boylston Street
Boston, MA 02116

Defendant:
Ara J. Balikian, Esq.
Balikian Law
922 Waltham Street, Suite 209
Lexington, MA 02421

                                              *s/ Rebecca M. Whitaker*
                                              Rebecca M. Whitaker, Legal Assistant