# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. :  12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG.,
PHILIP GORDON, and
ARA BALIKIAN

    Defendants.

## ORDER GRANTING DEFENDANT DEUTSCHE BANK AG'S AMENDED UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER

THIS MATTER comes before the Court on the Amended Unopposed Motion for Extension to File Answer Pursuant to D.C.Colo.LCivR 6.1 (the "Motion") filed by Defendant Deutsche Bank AG.

The Court, being fully advised, hereby:

GRANTS the Motion and ORDERS that Deutsche Bank AG shall have up to and including December 3, 2012 within which to answer or otherwise response to Plaintiff's Second Amended Complaint.

Dated this _____ day of November 2012.

                BY THE COURT:

                _____
                U.S. Magistrate Judge