IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

            Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON and
ARA BALIKIAN,

            Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on Defendant Deutsche Bank National Trust Company's **Amended Unopposed Second Motion for Extension of Time to File Answer Pursuant to D.C.Colo.LCivR 6.1** [Docket No. 27; Filed November 13, 2012] (the "Motion"). Defendant seeks an extension until December 3, 2012 to answer or otherwise respond to the Second Amended Complaint [#7]. Counsel for Defendant represents that he has conferred with Plaintiff and that Plaintiff does not oppose the Motion.[1] Accordingly,

        IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**.

        IT IS FURTHER **ORDERED** that Defendant Deutsche Bank National Trust Company shall answer or otherwise respond to the Second Amended Complaint [#7] on  or before **December 3, 2012**.

        Dated:  November 14, 2012

_____

        [1] Counsel for Defendant represents that he was able to contact Plaintiff by calling the telephone number provided in the original Complaint [#1], which is 239-770-6769. Counsel for Defendant mistakenly identifies that number as 293-770-6769.