**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 9 2012

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 12-cv-02065-WJM-KLM

| | |
|---|---|
| THOMAS ROBERTS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEUTSCHE BANK AG., | ) |
| PHILIP GORDON, and | ) |
| ARA BALIKIAN, | ) |
| Defendants. | ) |

## NOTICE OF PRO SE APPEARANCE BY ARA BALIKIAN

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note that I, Ara J. Balikian, a defendant in the above-referenced action, intend to proceed as a Pro Se litigant. Kindly record the same in your database and records.

Respectfully submitted,

Ara J. Balikian (BBO# 630576)
Balikian Law
922 Waltham Street, Suite 209
Lexington, MA 02421
617-314-6367
ara@balikian.com

## Certificate of Service

I, Ara J. Balikian, hereby certify that I served a true and accurate copy of the foregoing Motion to Dismiss via First Class U.S. Mail, postage prepaid, on November 14, 2012 upon the following:

| | |
|---|---|
| Plaintiff | Thomas Roberts, P.O. Box 62147, Fort Myers, FL 33906 |
| Defendant Deutsche Bank AG | Jamie Grant Siler, Esq., Bloom Murr Accomazzo & Siler, P.C., 10 17th Street, #2400, Denver, CO 80202-4402 |
| Defendant Gordon | Philip Gordon, Esq., Gordon Law Group, LLP, 585 Boylston Street, Boston, MA 02116 |

/s/ Ara J. Balikian