UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

THOMAS ROBERTS,
    Plaintiff,

v.

DEUTSCHE BANK AG, PHILIP GORDON
and ARA BALIKIAN,
    Defendants.

C. A. No. 12-Cv-02065-WJM-KLM

## DEFENDANT PHILIP GORDON'S MOTION FOR PERMISSION TO APPEAR AT SCHEDULING CONFERENCE TELEPHONICALLY

Defendant, Philip Gordon ("Gordon"), hereby requests permission from this Court to appear telephonically at the scheduling conference in the above referenced matter currently scheduled for December 3, 2012.

As reasons therefore, Gordon states that he resides in Boston, Massachusetts. As such, it would create an undue financial burden to require Gordon to appear in the Colorado District Court for a scheduling conference. Additionally, Gordon notes that he has filed a motion to dismiss the complaint in the above referenced matter pursuant to Rule 12(b)(6), Rule 12(b)(2) and Rule 12(b)(3) of the Federal Rules of Civil Procedure. Thus, Gordon has argued that the Colorado District Court does not have personal jurisdiction over him and that alternatively, Colorado is not the proper venue for this suit because it involves the sale of a condominium in Massachusetts, where all of the alleged acts took place in Massachusetts, all of the witnesses likely reside in Massachusetts, and all of the documents are in Massachusetts.

For the foregoing reasons, Gordon hereby requests permission from this Court to appear at the scheduling conference telephonically.

Respectfully submitted,
Plaintiff,
Pro Se,

/s/ Philip J. Gordon_____
Philip J. Gordon (BBO#630989)
Gordon Law Group, LLP
585 Boylston Street
Boston, MA 02116
Tel. 617-536-1800
Fax 617-536-1802

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of November, 2012, the foregoing **MOTION FOR PERMISSION TO APPEAR AT SCHEDULING CONFERENCE TELEPHONICALLY** was electronically filed with the Clerk of the Court using the CM/ECF system and served via this CM/ECF system and electronic mail, upon the following, unless so designated below:

Thomas Roberts
P.O. Box 62147
Fort Meyers, FL 33906
(via regular mail)

Ara J. Balikian, Esq.
Balikian Law
922 Waltham Street
Suite 209
Lexington, MA 02421
(via regular mail)

Jaime Grant Siler, Esq.
Bloom Murr Accomazzo & Siler, P.C.
410 17th Street
#2400
Denver, CO 80202

/s/ Philip J. Gordon_____
Philip J. Gordon