FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2012

JEFFREY ... -LL
CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 12-cv-02065-WJM-KLM

THOMAS ROBERTS, )
      Plaintiff, )
)
v. )
)
DEUTSCHE BANK AG., )
PHILIP GORDON, and )
ARA BALIKIAN, )
      Defendants. )
)

---

## DEFENDANT, ARA BALIKIAN'S MOTION TO APPEAR AT SCHEDULING CONFERENCE TELEPHONICALLY

---

Now comes the Defendant, Ara Balikian ("Balikian"), and hereby respectfully moves that this Court grant him permission to appear telephonically at the scheduling conference scheduled in this matter on December 3, 2012 at 2:30 PM.

As grounds in support of this Motion, Balikian states that he is resident of the Commonwealth of Massachusetts. Appearing before the Court in the State of Colorado for the Scheduling Conference will cause an undue financial burden. Furthermore, Balikian has filed his Motion to Dismiss, which is pending before the Court, wherein he argues that this Court lacks jurisdiction over this action.

WHEREFORE, Balikian moves that he be allowed to appear at the Scheduling Conference telephonically.

Respectfully submitted,

Ara J. Balikian (BBO# 630576)
Balikian Law
922 Waltham Street, Suite 209
Lexington, MA 02421
617-314-6367
ara@balikian.com

### Certificate of Service

I, Ara J. Balikian, hereby certify that I served a true and accurate copy of the foregoing Motion to Dismiss via First Class U.S. Mail, postage prepaid, on November 27, 2012 upon the following:

| | |
|---|---|
| Plaintiff | Thomas Roberts, P.O. Box 62147, Fort Myers, FL 33906 |
| Defendant Deutsche Bank AG | Jamie Grant Siler, Esq., Bloom Murr Accomazzo & Siler, P.C., 10 17th Street, #2400, Denver, CO 80202-4402 |
| Defendant Gordon | Philip Gordon, Esq., Gordon Law Group, LLP, 585 Boylston Street, Boston, MA 02116 |

Ara J. Balikian

# BALIKIAN LAW

922 Waltham Street, Suite 209, Lexington, MA 02421
617-314-6367 Tel • 617-507-6369 Fax • www.balikian.com • ara@balikian.com

November 15, 2012

*Via Facsimile: 303-335-2714*
*and Federal Express Overnight Mail*

Civil Clerk's Office
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

RE: Thomas Roberts v. Deutsche Bank AG, et al.
    Civil Docket No.: 1:12-cv-02065-WJM-KLM

Dear Sir/Madame:

Enclosed please find Defendant, Ara Balikian's Motion To Appear At Scheduling Conference Telephonically.

Kindly docket and file the same in your usual manner.

Thank you for your cooperation.

Very truly yours,

Ara J. Balikian

AJB/nsu
Enclosure
cc: Thomas Roberts
    Jamie Grant Silver, Esq.
    Philip Gordon, Esq.

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages,** including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of Transmission: _Nov 27, 2012_

2. Name of attorney or *pro se* party making the transmission: _Ara J. Balikian_

   Facsimile number: _617-507-6369_  Telephone number: _617-314-6367_

3. Case number, caption, and title of pleading or paper:

   _Thomas Roberts v. Deutsche Bank, et al_

   _1:12-cv-02065-WJM-KLM_

4. Number of pages being transmitted, including the facsimile cover sheet: _4_

   Instructions, if any: _____

(Rev. (12/08))