UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 12-cv-02065-M-KLM

|  |  |
|---|---|
| THOMAS ROBERTS, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEUTSCHE BANK AG., | ) |
| PHILIP GORDON, and | ) |
| ARA BALIKIAN, | ) |
| Defendants. | ) |
|  | ) |

**CIVIL SCHEDULING ORDER**

**1. DATE OF CONFERENCE
AND APPEARANCES OF COUNSEL AND PRO SE
PARTIES**

The date of the Conference is December 3, 2012.

The Plaintiff, Thomas Robert is pro se. His address is P.O. Box 62147, Fort Myers, FL 33906. His telephone number is 239-770-4040.

The Defendant, Deutsche Bank AG is represented by Jamie Grant Siler, Esq. of Bloom Murr Accomazzo & Siler, PC, 410 17th Street, Suite 2400, Denver, CO 80202-4402.

The Defendant, Philip Gordon is pro se. His address is 585 Boylston Street, Boston, MA 02116. His telephone number is 617-536-1800.

The Defendant, Ara Balikian, is pro se. His address is 922 Waltham Street, Suite 209, Lexington, MA 02421. His telephone number is 617-314-6367.

## 2. STATEMENT OF JURISDICTION

The Defendants, Philip Gordon and Ara Balikian, deny jurisdiction for the reasons outlined in each of their prospective motions to dismiss.

## 3. STATEMENT OF CLAIMS AND DEFENSES

a.  <u>Plaintiff</u>:

The telephone number provided by the Plaintiff is disconnected. The Defendants have been unable to reach the Plaintiff.

b.  <u>Defendants</u>:

The Defendant, Deutsche Bank AG, has not yet filed a responsive pleading.

Counsel for Deutsche Bank was ultimately able to reach plaintiff by telephone, and briefly discuss this matter. However plaintiff was not able to meaningfully confer as contemplated under F.R.C.P. 26(f) because, among other reasons, plaintiff (ostensibly *pro se*) indicated that he was represented by counsel. Upon contacting the purported counsel for plaintiff, Deutsche Bank's counsel was advised that she is not in fact a licensed attorney, nor planning to "represent" plaintiff in this action. Counsel for Deutsche Bank does not have sufficient information to adequately state the claims or its defenses at this time, and anticipates filing a motion to dismiss and/or a motion for more definite statement pursuant to F.R.C.P. 12. Counsel for Deutsche Bank does not at this time, confess or waive personal or subject matter jurisdiction.

The Defendant, Philip Gordon, has filed a motion to dismiss pursuant to Federal Rules of Procedure 12(b)(6), 12(b)(2) and 12(b)(3).

The Defendant, Ara Balikian, has filed a motion to dismiss pursuant to Federal Rule of Procedure 12(b)(6) and Title 28 U.S.C. §1391(b).

## 4. UNDISPUTED FACTS

None.

## 5. COMPUTATION OF DAMAGES

The Plaintiff's Complaint makes demand of $243,000. The Defendants deny

11

## 6. REPORT OF PRECONFERENCE DISCOVERY AND MEETING UNDER FED.R.CIV.P. 26(f)

The Defendants have been unable to communicate with the Plaintiff. Accordingly, no conference has taken place and no agreement has been reached regarding discovery. The Defendants propose that discovery deadlines be set after the Court has ruled of the Defendants' motions to dismiss.

## 7. CONSENT

All parties have not consented to the exercise of jurisdiction of a magistrate judge.

## 8. DISCOVERY LIMITATIONS

The Defendants propose that discovery deadlines be set after the Court has ruled of the Defendants' motions to dismiss.

## 9. CASE PLAN AND SCHEDULE

The Defendants propose that the case plan and schedule be set after the Court has ruled of the Defendants' motions to dismiss.

## 10. DATES FOR FURTHER CONFERENCES

The Defendants propose that further conference dates be set after the Court has ruled of the Defendants' motions to dismiss.

## 11. OTHER SCHEDULING MATTERS

None.

## 12. NOTICE TO COUNSEL AND PRO SE PARTIES

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1D. by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trial of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1A.

In addition to filing an appropriate notice with the clerk's office, a *pro se* party must file a copy of a notice of change of his or her address or telephone number with the clerk of the magistrate judge assigned to this case.

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any motion for withdrawal, motion for substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the magistrate judge assigned to this case.

### 13. AMENDMENTS TO SCHEDULING ORDER

This scheduling order may be altered or amended only upon a showing of good cause.

DATED at Denver, Colorado, this _____ day of December, 2012.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| _____ | /s/Jamie Grant Siler_____ |
| Thomas Roberts | Jamie Grant Siler, Esq. |
| P.O. Box 62147, | Bloom Murr Accomazzo & Siler, P.C. |
| Fort Myers, FL 33906 | 410 17th Street, Suite #2400 |
| Plaintiff | Denver, CO 80202-4402 |
| | Attorney for the Defendant, Deutsche Bank AG |
| | |
| /s/Philip Gordon_____ | /s/Ara J. Balikian_____ |
| Philip Gordon, Esq. | Ara J. Balikian, Esq. |
| 585 Boylston Street | 922 Waltham Street, Suite 209 |
| Boston, MA 02116 | Lexington, MA 02421 |
| Pro Se Defendant | Pro Se Defendant |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of November, 2012, the foregoing **SCHEDULING ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system and served via this CM/ECF system and electronic mail, upon the following, unless so designated below:

Thomas Roberts
P.O. Box 62147
Fort Meyers, FL 33906
(via regular mail)

Ara J. Balikian, Esq.
Balikian Law
922 Waltham Street
Suite 209
Lexington, MA 02421
(via regular mail)

Jaime Grant Siler, Esq.
Bloom Murr Accomazzo & Siler, P.C.
410 17th Street
#2400
Denver, CO 80202

/s/ Philip J. Gordon_____
Philip J. Gordon