IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON and
ARA BALIKIAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Balikian's **Motion to Appear at Scheduling Conference Telephonically** [Docket No. 34; Filed November 27, 2012] (the "Motion"). Defendant Balikian, an attorney who represents himself in this action, resides in Massachusetts. As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Defendant Balikian may appear by telephone at the Scheduling Conference on December 3, 2012 at 2:30 p.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Defendant Balikian before dialing the Court.

    Dated: November 28, 2012