IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCHE BANK AG,
PHILIP GORDON and
ARA BALIKIAN,

    Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the proposed **Civil Scheduling Order** [Docket No. 36; Filed November 28, 2012] submitted by Defendants. A Scheduling Conference is set in this matter for December 3, 2012 at 2:30 p.m. The proposed scheduling order, however, states that Defendants have been unable to reach Plaintiff to confer about the Scheduling Conference. One Defendant, Deutsche Bank AG, was able to reach Plaintiff by telephone but was not able to meaningfully confer because Plaintiff, who is appearing *pro se* in this action, indicated that he was represented by counsel. [#36] at 2. Deutsche Bank asserts, however, that when its counsel contacted Plaintiff's purported attorney, the individual said she is not a licensed attorney and is not planning to represent Plaintiff in this action. *Id.*

    Although Plaintiff is proceeding in this lawsuit without an attorney, he bears the

responsibility of prosecuting his case with due diligence. The Court must liberally construe *pro se* filings; however, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). Moreover, pursuant to D.C.COLO.LCivR 16.1, it was Plaintiff's responsibility to "prepare the proposed scheduling order, unless counsel or the pro se parties have agreed otherwise."

Here, Plaintiff has not prepared, nor has he even participated in the preparation of, the proposed scheduling order. He has apparently provided a phone number that is no longer in service and when one of Defendant's counsel eventually reached him, he misleadingly claimed he was represented by counsel. For these reasons,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for December 3, 2012 at 2:30 p.m. is **VACATED**.

IT IS FURTHER **ORDERED** that on or before **December 31, 2012,** Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and failure to comply with the Local Rule requiring preparation of a proposed scheduling order. Plaintiff may also comply with this Order to Show Cause by contacting Defendants Gordon and Balikian, both appearing *pro se,* and counsel for Defendant Deutsche Bank AG, and submitting a Proposed Scheduling Order on or before **December 31, 2012**.

IT IS FURTHER **ORDERED** that pursuant to D.C.COLO.LCivR 10.1M, Plaintiff shall, within **five days** of receiving this Order, provide a valid telephone number to the Court.

Dated: November 29, 2012

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge