District Court
District of Colorado

Thomas Roberts
v.
Deutsche Bank, Ana Balikian, Philip Gordon

12-CV-02065-SK-KLM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 DEC -3 AM 8:40

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

239-770-6769
is Roberts phone