**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02065-WJM-KLM

THOMAS ROBERTS,

    Plaintiff,

v.

DEUTSCH BANK AG,
PHILIP GORDON, and
ARA BALIKIAN,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Adopting In Part Magistrate Judge's Recommendation And Dismissing Plaintiff's Claims Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on April 9, 2013,

IT IS ORDERED that:

(1)     The Magistrate Judge's Recommendation (ECF No. 42) is ADOPTED IN PART;

(2)     The above-captioned matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) based on Plaintiff's failure to prosecute;

(3)     The case is closed. Each party shall bear his or its own costs.

Dated:  April 10, 2013 at Denver, Colorado.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK


                                          By: s/Edward P . Butler
                                          Edward P. Butler
                                          Deputy Clerk